IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**C & F WORLDWIDE AGENCY CORP.,**
**Plaintiff**

**v.**                                                          **CIVIL NO. 05-1349(DRD)**

**GRAPHIC ARTS,**
**Defendant**

| MOTION | RULING |
|---|---|
| **Date**<br>**Filed:** 07/08/05                **Docket #9**<br>[X] **Plff**                                   [X] **Deft**<br>[ ] **Other**<br><br>**Title:** STIPULATION FOR VOLUNTARY DISMISSAL | **GRANTED**. Parties in this case reached a settlement agreement. Because both Plaintiffs, C&F Worldwide Agency Corp., and Defendant, Graphic Arts, have appeared and requested dismissal of all causes of action brought forth as part of this matter, the Court hereby **grants** their request, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., 28 U.S.C.  The parties have agreed that defendant shall pay plaintiff the amount of **Three Thousand Dollars ($3000)** through a single payment to be made within fifteen (15) days from the date the Court enters judgment.  Finally, the parties have agreed that there should be no imposition of costs and attorney's fees. **Judgment** shall be entered accordingly.  **THIS CASE IS CLOSED FOR ALL STATISTICAL PURPOSES.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 13th day of July 2005.

                                        **S/DANIEL R. DOMINGUEZ**
                                        **DANIEL R. DOMINGUEZ**
                                        **U.S. DISTRICT JUDGE**